UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
Joseph Niyazov, individually and on behalf of all others similarly situated;

                      Plaintiff,

                      Case No: 1:21-cv-02384-ARR-RML

So Ordered

                      -against-                 /s/(ARR)

Midland Credit Management, Inc.      ALLYNE R. ROSS, U.S.D.J.

                                                               6/8/21

                      Defendant(s).
-------------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.

      **IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 7, 2021

                                                            **HOROWITZ LAW, PLLC**

                                                            */s/ Uri Horowitz*
                                                            Uri Horowitz
                                                            14441 70th Road
                                                            Flushing, NY 11367
                                                            Phone: (718) 705-8706
                                                            uri@horowitzlawpllc.com

                                                           *Attorney for Plaintiff Joseph Niyazov*

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 7th day of June, 2021             Respectfully Submitted,


                                       /s/ Uri Horowitz
                                       Uri Horowitz